NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNILOC LUXEMBOURG S.A., AND
UNILOC USA, INC.,**
*Plaintiffs-Appellants,*

v.

**ECLINICAL WORKS, LLC, AND
PULSE SYSTEMS, INC.,**
*Defendants-Appellees.*

---

2014-1005

---

Appeal from the United States District Court for the Central District of California in Nos. 2:13-cv-03244-MWF-PLA and 2:13-cv-03246-MWF-PLA, Judge Michael W. Fitzgerald.

---

**JUDGMENT**

---

LAWRENCE M. HADLEY, McKool Smith Hennigan, P.C., of Los Angeles, California, argued for plaintiffs-appellants. With him on the brief was ALAN P. BLOCK; and DANIEL L. GEYSER, of Dallas, Texas. Of counsel on the brief was JAMES L. ETHERIDGE, Etheridge Law Group, of Southlake, Texas.

KEITH M. AURZADA, Bryan Cave LLP, of Dallas, Texas, argued for defendant-appellee, eClinical Works, LLC. With him on the brief was JOHN C. BUSH, of Atlanta, Georgia. Of counsel on the brief was RYAN T. PUMPIAN, Bloom Sugarman Everett, LLP, of Atlanta, Georgia.

DON V. KELLY, Evans & Dixon, LLC, of Saint Louis, Missouri, argued for defendant-appellee, Pulse Systems, Inc.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, CLEVENGER, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| October 14, 2014 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |